IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:14 CR 35



| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Vs. )<br>)<br>JARRETT D. MITCHEM. )<br>) | CERTIFICATION |

**NOW COMES** Jarrett D. Mitchem, who being first duly sworn to tell the truth states and certifies that after consulting with my attorney, Peter Anderson, and pursuant to the Plea Agreement (#2) entered into and filed in this matter on May 20, 2014 that I, Jarrett D. Mitchem, do hereby state, certify and stipulate that the "Factual Basis" (#3) filed in this matter and all the information and statements therein are true and accurate and had this matter proceeded to trial, the United States would have been able to prove the statements in the Factual Basis beyond a reasonable doubt.

This the **23** day of **MAY** 2014.

_____
Jarrett D. Mitchem, Defendant

1

Defendant's Counsel's Signature: I am the attorney for JARRETT D. MITCHEM. I have carefully reviewed the Factual Basis (#3) filed in this matter with the Defendant. To my knowledge, his decision to stipulate to these facts is an informed and voluntary decision.

This the 23rd day of May 2014.

_____
Peter Anderson, Counsel for Defendant